<u>MONDAY, FEBRUARY 6, 2023</u>

<u>Coram</u>: CHAGARES, Chief Judge, SCIRICA and RENDELL, Circuit Judges

S U B M I T T E D

<u>No. 20-2840</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
AMIN RASHID,
        Appellant

_____

<u>No. 22-1600</u>
Pursuant to 3rd Cir. LAR 34.1(a)

UNITED STATES OF AMERICA
v.
ANTHONY ROBINSON,
        Appellant

_____

<u>No. 22-1652</u>
Pursuant to 3rd Cir. LAR 34.1(a)

JAMIE DOE,
        Petitioner
v.
SECURITY AND EXCHANGE COMMISSION

_____

<u>No. 22-1830</u>
Pursuant to 3rd Cir. LAR 34.1(a)

22ND CENTURY TECHNOLOGIES INC
v.
ILABS INC,
        Appellant