UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1652

JAMIE DOE (Claimant #2),
Petitioner

v.

THE SECURITY AND EXCHANGE COMMISSION

Present: CHAGARES, Chief Judge, SCIRICIA and RENDELL, Circuit Judges

1. Motion by Bloomberg Industry Group, Inc. to Intervene and Unseal Court's Opinion.

Respectfully,
Clerk/tmm

_____ O R D E R _____

The foregoing Motion to Intervene and Unseal is granted and the opinion previously issued under seal shall be unsealed.

By the Court,

s/ Marjorie O. Rendell
Circuit Judge

Dated: May 19, 2023
Tmm/cc: Eric J. Feder, Esq.
   Michael J. Kelly, Esq.
   Ingrid D. Johnson, Esq.
   Emily True Parise, Esq.